# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D19-1944
_____

RAKESH VERMA,

     Appellant,

     v.

NEHA VERMA,

     Appellee.

_____

On appeal from the Circuit Court for Duval County.
W. Collins Cooper, Judge.

August 14, 2019

PER CURIAM.

     DISMISSED.

ROBERTS, WINOKUR, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Rakesh Verma, pro se, Appellant.

No appearance for Appellee.